# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2128
_____

United States of America

*Plaintiff - Appellee*

v.

Theo Walker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas

_____

Submitted: September 29, 2023
Filed: October 4, 2023
[Unpublished]

_____

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Theo Walker appeals the sentence the district court[1] imposed after he pled guilty to being a felon in possession of a firearm. His counsel has moved to withdraw

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Walker. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (presuming sentences reasonable if within United States Sentencing Guidelines Manual range). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____